**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00320-CV**
_____

**WILLIAM WOODS AND CAROL BASS, Appellants**

**V.**

**NABIL MATAR AND WADAD MATAR, Appellees**

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 24CCCV0589

**MEMORANDUM OPINION**

Appellants, William Woods and Carol Bass, filed a notice of appeal on September 19, 2024, from a judgment for possession signed on September 17, 2024. Despite written notice from this Court and an opportunity to cure, Appellants have neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. We notified the parties that the appeal would be dismissed unless the filing fee was paid. Appellants did not respond to the Court's notice.

1

Appellants did not file a statement of inability to pay costs in this matter and have not shown that they are entitled to proceed without payment of costs. *See id.* 20.1. Furthermore, Appellants failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See id.* 42.3(c). We dismiss the appeal for want of prosecution. *See id.* 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 11, 2024
Opinion Delivered December 12, 2024

Before Golemon, C.J., Johnson and Chambers, JJ.